**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALFREDO ROLANDO LAWRENCE, *Petitioner*, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General, *Respondent*. | No. 07-74829 <br><br> Agency No. A040-199-868 <br><br> ORDER |

Filed August 1, 2013

Before: Ferdinand F. Fernandez, Johnnie B. Rawlinson, and Jay S. Bybee, Circuit Judges.

**ORDER**

The listing for Petitioner's counsel, which appears at page two of the opinion filed on May 21, 2013, is AMENDED as follows: the listing as "Duane M. Hamilton, Chow & Hamilton, Buena Park, California, for Petitioner" is deleted and replaced with "Duane M. Hamilton, Chow & Hamilton, Fullerton, California, for Petitioner."